UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No.: C-12-00942-YGR<br><br>**NOTICE OF QUESTIONS FOR HEARING** |

The Court would like the parties to be prepared to address the issue of whether the failure to abide by provisions of an employee handbook can alone form the basis of a breach of contract claim. If the parties wish to provide the Court with authorities, they must notify the Court and opposing counsel of these authorities no later than Monday, May 14, 2012 at 5:00 p.m. by filing a statement of supplemental authorities, with pinpoint cites, and without argument or additional briefing. *Cf.* Civil L. R. 7-3(d). Any additional authorities should be limited to that which is *truly pertinent* to the issue at hand, and specifically, cases related to policies of the type alleged in Plaintiff's Second Amended Complaint. Copies of the cases should not be filed in the docket, but rather, chambers copies of the cases must be delivered to the Court by 9:00 a.m. on May 15. The parties will be given the opportunity at the hearing to explain their reliance on such authority.

The Court suggests that associates or of counsel attorneys who are working on this case be permitted to address some or all of the Court's questions.

**IT IS SO ORDERED.**

Dated: May 11, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**