UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No.: C-12-00942-YGR<br><br>**CORRECTION OF ORDER GRANTING IN PART AND DENYING IN PART MOTION BY DEFENDANT MICROSOFT CORPORATION TO DISMISS AND STRIKE PLAINTIFF'S CLAIMS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT (DKT. NO. 32)** |

  The parties are hereby advised that the Court's Order dated May 16, 2012 (Dkt. No. 32) inadvertently referenced that Plaintiff S. Zody rather than Defendant Microsoft Corporation removed this action to federal court.

Dated: May 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**