UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY,<br><br>         Plaintiff,<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>         Defendant. | Case No.: C-12-00942-YGR<br><br>**ORDER REGARDING PENDING MOTION TO AMEND COUNTERCLAIM (DKT. NO. 58) AND MOTION TO DISMISS AND TO STRIKE (DKT. NO. 53)** |

Defendant filed a Motion to Amend Counterclaim on March 26, 2013. (Dkt. No. 58.) Although Plaintiff initially did not consent to the amendment, Plaintiff filed a Non-Opposition to the motion. (Dkt. No. 64.) Defendant has already filed its Amended Answer to Plaintiff's Third Amended Complaint for Damages, and Counterclaim. (Dkt. No. 65.)

The Court notes that because the Motion to Amend Counterclaim had not yet been ruled upon by the Court (and was thus still pending), Defendant should have waited for the Court's authorization to file the amended pleading. However, the Court will deem Dkt. No. 65 to be the operative pleading despite its premature filing. Under Federal Rule of Civil Procedure 15(a)(3), Plaintiffs' response must be filed within 14 days of the date of this Order.

Having filed an Amended Answer and Counterclaim, the pending Motion to Dismiss Microsoft Corporation's Counterclaim and to Strike Microsoft Corporation's Affirmative Defenses (Dkt. No. 53) is **MOOT**.

The hearing date on Defendant's Motion to Amend Counterclaim scheduled for April 30, 2013 is hereby **VACATED**.

This Order terminates Dkt. Nos. 53 & 58.

**IT IS SO ORDERED**.

Dated: April 9, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**