UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY,<br><br>   Plaintiff,<br><br>   vs.<br><br>MICROSOFT CORPORATION,<br><br>   Defendant. | Case No.: C-12-00942-YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE OF LEAD TRIAL COUNSEL AT HEARING ON APRIL 30, 2013** |

   The Court **ORDERS** that Kathleen M. Lucas and Lynne C. Hermle personally appear at the hearing on the Motion by Defendant Microsoft Corporation for Evidentiary Sanctions, scheduled for April 30, 2013 at 2:00 p.m.

   **IT IS SO ORDERED**.

Dated: April 23, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**