UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| S. ZODY,<br><br>　　　　　　Plaintiff,<br>　　v.<br>MICROSOFT CORPORATION,<br>　　　　　　Defendant.<br>_____/ | No. C 12-00942 YGR (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred two discovery disputes relating to the attorney-client privilege to United States Magistrate Judge Laurel Beeler.  The parties shall comply with all applicable requirements in Judge Beeler's standing order (attached), including all procedures regarding resolution of discovery disputes.

**IT IS SO ORDERED.**

Dated: May 2, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 12-00942 YGR (LB)
NOTICE OF REFERRAL AND ORDER