UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY, <br><br> Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No.: C-12-00942-YGR <br><br> **ORDER SETTING COMPLIANCE HEARING** |

The Court understands, based on an Order Re: Joint Letter Briefs dated July 24, 2013 (Dkt. No. 102), that the parties have reached a tentative settlement. A compliance hearing shall be held on Friday, August 16, 2013 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a notice of settlement, including an estimate of when the parties believe a stipulation of dismissal can be filed; (b) a stipulation of dismissal; or (b) a one-page **JOINT STATEMENT** advising the Court on the status of settlement. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The Court will not vacate upcoming deadlines or trial dates until a notice of settlement is filed.

**IT IS SO ORDERED**.

Dated: July 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**