UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. ZODY,<br><br>  Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant. | Case No.: C-12-00942-YGR<br><br>**ORDER VACATING DATES AND CONTINUING COMPLIANCE HEARING** |

The parties have filed a Notice of Settlement. (Dkt. No. 105.) Accordingly, all pending motion, case management, and trial dates are **VACATED**, with the exception that the compliance hearing scheduled for August 16, 2013 shall be continued to Friday, September 13, 2013 on the Court's 9:01a.m. calendar.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page Joint Statement setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: August 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**