1   LYNNE C. HERMLE (STATE BAR NO. 99779)
    JESSICA R. PERRY (STATE BAR NO. 209321)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
3   Menlo Park, California  94025
    Telephone:     650-614-7400
4   Facsimile:      650-614-7401
    lchermle@orrick.com
5   jperry@orrick.com

6   BROOKE D. ARENA (STATE BAR NO. 238836)
    KRISTEN M. JACOBY (STATE BAR NO. 243857)
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
8   405 Howard Street
    San Francisco, CA  94105-2669
9   Telephone:     415-773-5700
    Facsimile:      415-773-5759
10  barena@orrick.com
    kjacoby@orrick.com
11
    Attorneys for Defendant
12  MICROSOFT CORPORATION

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                           OAKLAND DIVISION
16

17
    S. ZODY,                              Case No. CV 12-00942 YGR
18
                     Plaintiff,           **STIPULATION OF DISMISSAL** *i* and ORDER
19
           v.                             Dept:       Courtroom 5, 2nd Floor
20                                        Judge:      Hon. Yvonne Gonzalez Rogers
    MICROSOFT CORPORATION AND DOES
21  1-25, INCLUSIVE,

22                   Defendants.

23

24

25

26

27

28

OHSUSA:754354578.1

1       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant/Counterclaimant

2  Microsoft Corporation and Plaintiff/Counterdefendant S. Zody, by and through their attorneys of

3  record, hereby stipulate that all claims asserted in this case by Plaintiff and Defendant are hereby

4  dismissed with prejudice.  Each party will bear her/its own fees and costs.

5

6                       Respectfully submitted,

7  DATED: August 20, 2013          ORRICK, HERRINGTON & SUTCLIFFE

8

9                     By: _____ */s/ Kristen M. Jacoby*

10                            Kristen M. Jacoby

11                  Attorneys for Defendant Microsoft Corporation

    DATED: August 20, 2013          THE LUCAS LAW FIRM

12

13

14                     By: _____ */s/ Shawna B. Casebier*

15                         Shawna B. Casebier

                    Attorneys for Plaintiff S. Zody

16

17       I hereby attest that the concurrence in the filing of this document has been obtained from

18  Shawna B. Casebier, Attorneys for Plaintiff, S. ZODY.

19

20                             */s/ Kristen M. Jacoby*

                          Kristen M. Jacoby

21                  Attorneys for Defendant Microsoft Corporation

22                    ORDER
      Pursuant to Stipulation, IT IS IS ORDERED

23  Dated: August 21, 2013

24

25

26

27

28

OHSUSA:754354578.1

STIPULATION OF DISMISSAL [C-12-00942 YGR]

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA